No. 05-5978

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re: BARRY C. MELTON,

Movant.

O R D E R

Before: SILER, SUTTON, and COOK, Circuit Judges.

Barry C. Melton, a Tennessee prisoner proceeding pro se, moves the court for an order authorizing the district court to consider a second or successive petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

Upon review, we conclude that Melton is not entitled to the relief he seeks because he has not satisfied the requirements of 28 U.S.C. § 2244(b).

Accordingly, we deny Melton's motion seeking permission to file a second or successive § 2254 petition for a writ of habeas corpus.

ENTERED BY ORDER OF THE COURT

_____
Clerk